UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00163-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TWYLA WEAVER,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Monday, January 30, 2012, at 3:30 p.m., in Courtroom A-1002.**

    Dated: December 28, 2011.